Circuit Court for Baltimore County
Case No. 03-T-15-000259
Argued: January 4, 2018

IN THE COURT OF APPEALS

OF MARYLAND

No. 44

September Term, 2017

IN THE MATTER OF SUE A.

WEINTRAUB FOR THE APPOINTMENT

OF A GUARDIAN OF THE PROPERTY

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: January 10, 2018

IN THE MATTER OF SUE A. WEINTRAUB     *     IN THE

FOR THE APPOINTMENT OF A

GUARDIAN OF THE PROPERTY     *     COURT OF APPEALS

    *     OF MARYLAND

    *     No. 44

    *     September Term, 2017

# PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 10th day of January, 2018,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge